IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOY L. BARNES, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 3:11-cv-312 ) |
| DELTA OIL COMPANY | ) ) |
| Defendant. | ) ) |

## DISMISSAL ORDER

Come now Plaintiffs and Delta Oil Company, both by counsel, pursuant to Fed. R. Civ. P. 12 and 41, on the parties' Joint Motion For Approval Of Settlement And Incorporated Memorandum In Support seeking dismissal of this action with prejudice, and the matter was presented by counsel through such pleading. This case involves a claim for overtime compensation and other relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201. Based on its review of the Complaint, Joint Motion for Settlement Approval, and the Settlement Agreement & Release, it is hereby,

ADJUDGED, DECREED, AND ORDERED that the Court hereby APPROVES the parties' Settlement Agreement & Release, and it is further,

ADJUDGED, DECREED, AND ORDERED that the Court APPROVES Plaintiffs' waiver of all rights under the FLSA against the Defendant, and it is finally,

ADJUDGED, DECREED, AND ORDERED, that this action is DISMISSED with

prejudice as against Delta Oil Company, its officers, directors, agents, and employees.

The Clerk of the Court is DIRECTED to transmit a copy of this Order to all counsel of record following entry by the Court.

It is so ORDERED.

Richmond, VA

Date: 10-12-11

**SO ORDERED**

/s/
James R. Spencer
Chief United States District Judge